UNITED STATES DISTRICT COURT
District of Minnesota
Criminal No. 04-455(5) (MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                                                             ) | |
| Plaintiff,                      ) | |
|                                                             ) | |
| v.                                      ) | ORDER GRANTING EXTENSION |
|                                                             ) | OF VOLUNTARY SURRENDER |
| ROBERT RYAN COLE,             ) | DATE |
|                                                             ) | |
| Defendant.                   ) | |

The defendant Robert Cole, through his attorney Andrea K. George, has move this Court for an extension of his voluntary surrender date currently set for Friday, May 12, 2006 by two weeks, until May 26, 2006. Based on good cause shown, it is hereby ordered that Robert Cole shall report to the facility of designation by 2:00 p.m. on Friday, May 26, 2006.

Dated: May 8, 2006                                           s / Michael J. Davis
                                                                           HONORABLE MICHAEL J. DAVIS
                                                                           United States District Court Judge